

Lawrence V. Young, Attorney
Board Certified Bankruptcy Specialist
lyoung@cgalaw.com
Ext. 110

August 3, 2009

Terrence S. Miller
United States Bankruptcy Court
Middle District of Pennsylvania
P.O. Box 908
Harrisburg, PA 17108

Re: **Adams, Wilmot J. & Antonia T.**
**Case No. 1-02-02874**

Dear Mr. Miller:

I am enclosing a check in the amount of $662.05 for deposit into the Registry of Unclaimed Funds.

This check was intended as payment to Claim No. 22 of Cardiac Diagnostic Associates in the amount of $4,458.00. Two checks were issued to the claimant, neither of which were cashed. I have been unsuccessful in my attempts to have the creditor accept the payment.

Please feel free to call me if you have any questions regarding this matter.

Sincerely,

Lawrence V. Young

LVY/tmf
enclosure

{00316298/1}